■ In the Matter of CHRIS DENGELES et al., Respondents, against JOHN C. YOUNG, as Manager and Chief Building Inspector of the Building Department, Town of Hempstead, Appellant.— In a proceeding to direct the chief building inspector of the Town of Hempstead to issue a building permit, the appeal is from an order directing issuance of the permit forthwith. Order reversed, without costs, and proceeding dismissed, without costs, and without prejudice to any action or proceeding which respondents might be advised to institute, based on the grounds that appellant willfully refused to grant the permit, and misled and hindered respondents (see *Matter of Dubow* v. *Ross*, 254 App. Div. 706). Respondents were entitled to issuance of the permit by the building inspector as a matter of right when they applied for it and also at the time of entry of the order appealed from. The order appealed from was therefore proper when made. However, the right to a permit did not vest, and this appeal must be decided upon the law as it now exists (*Matter of Boardwalk & Seashore Corp.* v. *Murdock*, 286 N. Y. 494). The building zone ordinance, as amended since the entry of the order appealed from, prohibits the issuance of the permit applied for without application to the board of appeals, which is not a party to this proceeding. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur. [1 Misc 2d 692.]

■ In the Matter of the Estate of W. WILLIAM POLLINO, Deceased. SHIRLEY POLLINO, Appellant; CELIA BOTNICK et al., Respondents.— In a proceeding to discover three savings bankbooks, or the proceeds thereof, and other personal property, the appeal is from a decree of the Surrogate's Court, Queens County, entered after trial, dismissing the petition on the merits. The Surrogate properly found that the Totten trusts in favor of respondents were not illusory. Decree unanimously affirmed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See *post*, p. 847.]